May 22, 2018



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF D.I.B., A CHILD

NO. 14-18-00327-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 22, 2018. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.